# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2073
_____

KENDRICK JAMAR WASHINGTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

March 13, 2026

PER CURIAM.

DENIED.

LEWIS, ROBERTS and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kendrick Jamar Washington, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.